PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, as Trustee, Appellant-Respondent, v. OSCAR ERLANDSEN, Respondent, and AMY L. ERLANDSEN, Respondent-Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.